IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| DISC LINK CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:07-cv-58 |
| ORACLE CORPORATION, SAP | § | |
| AMERICA, INC. d/b/a SAP | § | JURY TRIAL DEMANDED |
| AMERICAS, SAP AG, BENTLEY | § | |
| SYSTEMS, INC., SPSS, INC., | § | |
| SOLIDWORKS CORPORATION, | § | |
| CMS PRODUCTS, INC., SONIC | § | |
| SOLUTIONS, COREL | § | |
| CORPORATION, COREL, INC., | § | |
| MISYS PLC, ADTRAN, INC., | § | |
| EASTMAN KODAK COMPANY, CA, | § | |
| INC., UGS CORP., NUANCE | § | |
| COMMUNICATIONS, INC., KOFAX | § | |
| IMAGE PRODUCTS, INC., BUSINESS | § | |
| OBJECTS AMERICAS, BUSINESS | § | |
| OBJECTS SA, TREND MICRO | § | |
| INCORPORATED, TREND MICRO | § | |
| INCORPORATED (CALIFORNIA | § | |
| CORPORATION), EMC | § | |
| CORPORATION, BORLAND | § | |
| SOFTWARE CORPORATION, | § | |
| NOVELL, INC., PALO ALTO | § | |
| SOFTWARE, INC., ALTERA | § | |
| CORPORATION, | § | |
| COMPUWARE CORPORATION and | § | |
| AVID TECHNOLOGY, INC., | | |
| | | |
| Defendants. | | |

# EXHIBIT A

US006314574B1

# (12) United States Patent
## Chan

(10) Patent No.: **US 6,314,574 B1**
(45) Date of Patent: *****Nov. 6, 2001**

(54) **INFORMATION DISTRIBUTION SYSTEM**

(76) Inventor: **Hark Chan**, 861 Brent Dr., Cupertino, CA (US) 95014

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/188,157**

(22) Filed: **Nov. 8, 1998**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 08/939,368, filed on Sep. 29, 1997, now Pat. No. 6,021,307, which is a continuation of application No. 08/644,838, filed on May 10, 1996, now abandoned, which is a continuation of application No. 08/279,424, filed on Jul. 25, 1994, now abandoned, and a continuation-in-part of application No. 08/255,649, filed on Jun. 8, 1994, now abandoned.

(51) Int. Cl.$^7$ .................................................. **H04H 1/00**

(52) U.S. Cl. ............................................. **725/66**; 725/110

(58) Field of Search ................................. 455/3.1; 725/66, 725/110

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 3,824,597 | 7/1974 | Berg . | |
| 3,967,202 | 6/1976 | Batz . | |
| 4,081,832 | 3/1978 | Sherman . | |
| 4,191,860 | 3/1980 | Weber . | |
| 4,307,416 | 12/1981 | Spano . | |
| 4,563,702 | 1/1986 | Heller . | |
| 4,635,113 | 1/1987 | Okada et al. . | |
| 4,734,858 | 3/1988 | Sclafy | 364/408 |
| 4,742,544 | 5/1988 | Kupnicki et al. | 380/14 |
| 4,827,508 | 5/1989 | Shear . | |
| 4,965,825 | 10/1990 | Harvey et al. . | |
| 5,010,571 | 4/1991 | Katznelson . | |
| 5,128,981 | 7/1992 | Tsukamoto et al. | 379/58 |
| 5,132,680 | 7/1992 | Tezuka et al. | 340/825.08 |
| 5,185,794 | 2/1993 | Thompson et al. | 380/17 |
| 5,208,671 | 5/1993 | Tarrant | 358/147 |
| 5,208,857 | 5/1993 | Lebrat | 380/14 |
| 5,237,411 | 8/1993 | Fink et al. | 358/146 |
| 5,239,540 | 8/1993 | Rovira et al. | 370/77 |
| 5,247,347 | 9/1993 | Litteral et al. . | |
| 5,247,575 | 9/1993 | Sprague et al. . | |
| 5,319,707 | 6/1994 | Wasilewski et al. | 380/14 |
| 5,321,748 | 6/1994 | Zeidler et al. | 380/14 |
| 5,321,750 | 6/1994 | Nadan | 380/20 |
| 5,323,148 | 6/1994 | Olazabal et al. | 340/825.44 |
| 5,327,174 | 7/1994 | Kim | 348/468 |

(List continued on next page.)

### OTHER PUBLICATIONS

David Raggett, HTML+(Hypertext Markup Language), pp. 1–31, Jul. 12, 1993, WWW Discussion Group Request for Comments.

John P. Hayes, "Computer Architecture and Organization", pp. 398–421, Jan. 1988.

Yoshiko Hara, "Consortium Eyes Satellite–Based–E–Book System", Electronic Engineering Times, Oct., 1998.

(List continued on next page.)

*Primary Examiner*—William Cumming

(57) **ABSTRACT**

An information distribution system encodes a first set of digital data on a plurality of portable read-only storage devices. Additional information is stored in a database that is accessible by using a bi-directional channel. The first set of digital data contains a plurality of special displayable terms, a first non-displayable symbol, a plurality of linkage references, and a second non-displayable symbol. A user can select at least one special displayable term. The linking reference associated with the selected special displayable term is sent to the database via the bi-directional channel. The database uses the linking reference to search for information, and returns the resulting information to the user.

**51 Claims, 4 Drawing Sheets**



#### U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| 5,335,275 | 8/1994 | Millar et al. | 380/4 |
| 5,335,278 | 8/1994 | Matchett et al. | 380/23 |
| 5,343,494 | 8/1994 | Averst et al. | 375/1 |
| 5,361,399 | 11/1994 | Linquist et al. | 455/561 |
| 5,377,266 | 12/1994 | Katta et al. | 380/20 |
| 5,388,101 | 2/1995 | Dinkins | 370/95.1 |
| 5,392,023 | 2/1995 | D'Avello et al. | 379/100 |
| 5,392,353 | 2/1995 | Morales | 380/20 |
| 5,432,798 | 7/1995 | Blair | 371/32 |
| 5,444,769 | 8/1995 | Koen et al. | 379/94 |
| 5,452,356 | 9/1995 | Albert | 380/9 |
| 5,539,449 | 7/1996 | Blahut et al. | 348/7 |
| 5,629,867 | 5/1997 | Goldman | 364/514 |
| 5,887,243 | 3/1999 | Harvey et al. | 455/3.1 |
| 5,995,725 | 11/1999 | Dillon | 395/200.33 |
| 6,021,307 * | 2/2000 | Chan | 455/3.1 |
| 6,188,869 * | 2/2001 | Chan | 455/3.1 |

#### OTHER PUBLICATIONS

S. Deering, "Host Extensions for IP Multicasting", pp. 1–17, Aug. 1989, Network Working Group, Request for Comments: 1112.

Cricket Liu, et al., "Managing Internet Information Services", pp. 279–298, Dec., 1994, O'Reilly & Associates, Inc.

\* cited by examiner



Fig. 1

### K-S Particle Found

Two physicists announced that they had found the K-S particle. If confirmed, this will verify the theory of the Nobel laureates, Professors Kendrick Chan and Sophia Chan, who first postulated the existence of the K-S particle ten years ago. The physicists, Drs. Lisa Smith and John Doe, showed computer generated results indicating the detection of the K-S particles in a series of experiments carried out at the International Super-High Energy Accelerator.

FIG. 2A

K-S Particle Found¶ ¶   Two physicists announced that they had found the ⋎'K-S particle⋎'⌘FE330AB⌘. If confirmed, this will verify the theory of the Nobel laureates, Professors ⋎'Kendrick Chan⋎'⌘A245DC8⌘ and ⋎'Sophia Chan⋎'⌘85AC258⌘, who first postulated the existence of the K-S particle ten years ago. The physicists, Drs. ⋎'Lisa Smith⋎'⌘3098BE6z⌘ and ⋎'John Doe⋎'⌘EAC7835⌘, showed computer generated results indicating the detection of the K-S particles in a series of experiments carried out at the ⋎'International Super-High Energy Accelerator⋎'⌘C347A49⌘.¶

FIG 2B



**Fig. 3**

Fig. 4

# INFORMATION DISTRIBUTION SYSTEM

This application is a continuation in part of application Ser. No. 08/939,368 filed Sep. 29, 1997, now U.S. Pat. No. 6,021,307, which is a continuation in part of application Ser. No. 08/644,838 filed May 10, 1996, now abandoned, which is a continuation in part of application Ser. No. 08/279,424 filed Jul. 25, 1994, now abandoned, and application Ser. No. 08/255,649 filed Jun. 8, 1994, now abandoned. These four patent applications are incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates generally to information distribution, and more particularly to distributing information using a broadcast channel and a bi-directional communication channel.

## BACKGROUND OF THE INVENTION

Recent advancements in modem and computer technology allow large amount of digital data to be transmitted electronically. A number of information providers (such as newspaper and magazine publishers) and on-line information distributors have formed partnerships to deliver newspaper and other information on-line. In this system, a subscriber uses a computer and a modem to connect, through a regular phone line, to the computer of an on-line information provider. The subscriber can retrieve information, including newspaper articles, stored in the computer of the information provider.

On-line delivery of newspaper has many advantages. For example, the information can be updated throughout the day while the printed version is printed only once or twice a day. Further, it is possible to do text-based searches on the information. However, it is found that on-line deliver of newspaper and other information is slow. For example, a subscriber has to wait many seconds for a newspaper article to be delivered. The quality of the electronic newspaper is low. For example, in order to reduce storage and communication requirements, graphic images appeared in the printed version are not universally supplied in the on-line version of newspaper. One of the reasons for such poor performance is the limited bandwidth of communication channels used by on-line information distributors. Another reason is that information is centrally processed by the computer at the site of the information distributor, with the result that each subscriber only gets a small slice of the time of the computer.

## SUMMARY OF THE INVENTION

The present invention uses two channels to deliver digital information: a broadcast channel and a bidirectional channel. The broadcast channel is used to deliver the bulb of the digital information to subscribers. The amount of information delivered is preferably sufficient to satisfy the needs of a large number of subscribers so that they do not have to obtain additional information using the bi-directional channel. The broadcasted information is stored on fast storage media located at subscriber sites. As a result, search and retrieval of the broadcasted information is quick. Further, the broadcasted information is processed locally using a dedicated on-site processor instead of relying on the computers of the information distributors. As a result, the load on the computers of the information distributors is reduced. If the subscribers desire to receive additional information relating to the broadcasted information, the bi-directional communication channel is used to transmit the request and the requested information.

The distribution costs of broadcast channels are typically much lower than that of a bi-directional communication channel. Consequently, the major portion of information is delivered using low cost distribution channels. For a large number of subscribers, the broadcasted information will provide all the information they normally need. Thus, expensive bi-directional communication channels are used only occasionally.

These and other features and advantages of the present invention will be fully understood by referring to the following detailed description in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic drawing showing an information distribution system of the present invention.

FIG. 2A shows a newspaper article as displayed on a monitor of the information distribution system shown in FIG. 1.

FIG. 2B shows the contents of the broadcast information that corresponds to the newspaper article of FIG. 2A.

FIG. 3 shows another embodiment of the information distribution system of the present invention.

FIG. 4 is a schematic drawing showing another information distribution system of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a block diagram of an information distribution system 100 in accordance with the present invention. In this embodiment, system 100 is designed to electronically distribute newspaper. It should be pointed out that system 100 can also be used advantageously to distribute other types of information. System 100 contains a plurality of subscriber units (such as units 102 and 104) each connected to a bi-directional communication channel (e.g., telephone connections 106 and 108 coupled to units 102 and 104, respectively) and a satellite transponder 110 for broadcasting digital data to these subscriber units. Telephone connections 106 and 108 (which could be line-based or wireless) are coupled to a central database 109. In system 100, satellite transponder 110 is used to broadcast the content of a newspaper to the subscriber units while telephone connections 106 and 108 are used to provide additional information (stored in central database 109) to subscriber units 102 and 104, respectively, on a demand basis.

The structures of these subscriber units are substantially identical; consequently, only one of these units, such as unit 102, is described in detail. Unit 102 contains an antenna 116 for receiving broadcast signals from satellite transponder 110, a signal/data processor 118 for performing signal and data processing functions, a monitor 120 for displaying the electronic newspaper, and an input device 122 (such as a keyboard and/or a mouse).

Signal/data processor 118 contains a transponder interface 132 for processing transponder signal received from antenna 116. Transponder interface 132 typically contains a low noise receiver for receiving high frequency (e.g., C or Ku band) transponder signal and a "universal data interface" for converting the transponder signal to digital data. The retrieved data is stored in nonvolatile storage 134, such as a hard disk or solid state flash memory. Preferably, satellite transponder 110 broadcasts the newspaper data at predetermined times. Thus, a real-time clock 136 is preferably used to turn on interface 132 at the predetermined times. Proces-

3

sor 118 contains a microcomputer 140 that coordinates the operation of clock 136, nonvolatile storage 134, and interface 132. Processor 118 also contains a communication interface 142 for sending and receiving digital data from central database 109 through telephone connection 106.

The time for broadcast is preferably chosen when communication load of transponder 110 is at a low level (e.g., around mid-night). As a result, the cost of information delivery is low. Alternatively, the time of broadcasting is chosen by transponder 110 because it knows when communication load is light. In this case, transponder 110 first sends a signal to signal/data processor 118 for alerting processor 118 to receive and process the newspaper information.

A user can use the input device 122 and monitor 120 to read the content of the electronic newspaper stored in nonvolatile storage 134. In this embodiment, the complete content of the newspaper is stored in nonvolatile storage 134. The term "complete content" means that the user is able to read the newspaper without relying on information stored in central database 109 (although other embodiments may deliver less than the complete content). In this aspect, system 100 functions in a similar way as the distribution of a conventional printed newspaper. However, the digital data of the electronic newspaper delivered by satellite transponder 110 preferably contains linkage reference that allows fast retrieval of additional information from central database 109.

If the newspaper information received from satellite transponder 110 is sufficient to satisfy the needs of a user, signal/data processor 118 will not activate telephone connection 106. However, if the user wishes to receive additional information relating to an item mentioned in the electronic newspaper (e.g., by selecting at the item using the input device), process 118 will retrieve the information stored in central database 109 using the embedded linkage reference.

In system 100 of the present invention, the complete content of the electronic newspaper (including graphics and other multimedia contents, if delivered) is stored in nonvolatile storage 134, which has fast access time. Further, a dedicated processor (i.e., microcomputer 140) is used to process newspaper information. On the other hand, prior art on-line newspaper distribution systems rely on modem to deliver the content of the newspaper stored in a central site. Further, the processor in the central site has to serve many users in delivering the newspaper. As a result, system 100 has superior performance compared to the prior art on-line newspaper delivery systems.

If it is desirable to limit circulation of the newspaper to a certain class of subscribers only (e.g., paid subscribers), the data transmitted by transponder 110 could be encrypted. As a result, only subscribers who have a decryption key are able to read the newspaper. In the case, microcomputer 140 also performs decryption functions.

FIG. 2A shows an example of a portion of a newspaper article as seen on monitor 120. In FIG. 2A, the terms that a user may obtain additional information are underlined (or highlighted in other ways, such as setting in different colors, depending on the choice of the publisher). If desired, the user may select these terms using a pointing device, such as a mouse, and signal/data processor 118 will obtain the additional information from central database 109.

FIG. 2B shows the same portion in FIG. 2A as transmitted by transponder 110 (for simplicity, the embedded formatting codes, such as center, bold, etc., are not shown). Each of the terms underlined in FIG. 2A are enclosed by a special

4

symbol (e.g., the "γ" symbol) and followed by a linkage reference enclosed by another special symbol (e.g., the "⌘" symbol). These symbols are invisible to the users and are recognizable only by microcomputer 140.

When an underlined term in FIG. 2A is selected by a user, microcomputer 140 extracts the linkage reference and transmits it to central database 109. The linkage reference allows central database 109 to retrieve the necessary information quickly without doing extensive searches. As a result, the response time of system 100 is fast. The retrieved information can itself contains linkage references and can be searched.

If the speed of searching and retrieving data by central database 109 is fast, it may not be necessary to include linkage reference in the information broadcasted by transponder 110. In this case, the user selects (e.g., using the mouse) words and terms he/she is interested in. Signal/data processor 118 transmits the selected items to central database 109, which searches for matches in its database. Matched information is sent to subscriber unit 102 for processing.

The bi-directional channel also allows updating of the broadcasted information. There is typically a time difference between the broadcast and display of information. New information gathered during this time difference can be stored in central database 109 and later transmitted to signal/data processor 118.

In this embodiment of the present invention, satellite transponder 110 is used as the vehicle to electronically broadcast newspaper. However, other broadcast distribution methods can be used. In the present invention, broadcast is defined as one-to-many distribution of information. The broadcast distribution channels do not have to be electrical. For example, the present invention allows the distribution of compact disc read-only memories (CDROMs) encoded with digital information to the subscriber sites. In the case of electrical broadcast communication channels, both wired and wireless can be used. Preferably, unidirectional channels are used for broadcast because of their low cost; however, the present invention does not preclude the use of bidirectional communication channels (such as telephone lines) as means for distributing broadcast (i.e., one to many) information.

FIG. 4 is a schematic diagram of another information distribution system of the present invention. Similar elements in FIGS. 1 and 4 have the same reference numerals. In FIG. 4, a plurality of CDs (such as CDs 152 and 154) encoded with the above described information are distributed to subscriber units 102 and 104. Instead of antennas and transponder interfaces, subscriber units 102 and 104 contains CD readers (such as CD reader 156).

Current technology allows the size of antenna 116 to be as small as 2 feet. The costs of antenna 116 and transponder interface 132 are already low enough to be within the reach of small business or a typical household. The newspaper publisher has to pay for the use of the transponder. However, the costs are comparable to the printing and distribution costs of printed newspaper. It is anticipated that the costs of the newspaper distribution system in accordance with the present invention will be lowered as the number of subscribers increases.

FIG. 3 shows another embodiment of a newspaper distribution system 200 of the present invention. System 200 contains a satellite transponder 210, an earth station 214, and a plurality of subscriber units, such as units 222 and 224. Transponder 210 functions in a similar way as transponder

110 of FIG. 1 and subscriber units 222 and 224 function in a similar way as subscriber units 102 and 104 of FIG. 1. Earth station 214 receives digital data transmitted by transponder 210 using an antenna 216. The data is distributed to subscriber units 222 and 224 via wired communication channel 228, such as cable and optic fiber. Other earth stations could be placed in strategic locations throughout the country to serve their respective subscribers in a similar manner as earth station 214 and subscriber units 222 and 224. As a result, a large geographic area can be served simultaneously by satellite transponder 210. The advantage of this embodiment is that the equipment costs incurred by the subscriber units are low.

In some locations, it may not be desirable to use wired communication channel to link an earth station to subscribers. In such case, wireless communication channel could be used. FIG. 3 shows an earth station 234 that receives transponder signal from transponder 210 using an antenna 236. Earth station 234 in turn broadcasts the digital data to its subscribers, such as subscriber units 242 and 244.

In one embodiment of system 200, teletext technology is used to link earth station 234 and subscriber units 242 and 244. Thus, earth station 234 could be located adjacent to a television transmission station. The digital data received by earth station 234 can be integrated to the vertical blanking interval of a TV signal, which is broadcasted using an antenna 238. Subscriber units 242 and 244 receive the signal using antennas 239, and 240, respectively. The digital data is then retrieved. Various improvements and refinements of the teletext technology are well known and can be incorporated into system 200.

It should be obvious to a person skilled in the art that systems 100 and 200 are not limited to the distribution of newspaper. Further, electronic newspapers of the future may contains contents which are not available in the printed version, such as video and other multimedia compositions. Other information, such as magazines, graphic images, electronic mails, computer games, multimedia work, or interactive movie, could also be advantageously distribution using a system similar to systems 100 and 200. For example, if it is desirable to distribute interactive movie, the non-interactive portion can be broadcasted while the interactive portion is delivered using a bi-directional channel.

There has thus shown and described a novel information distribution system. Many changes, modifications, variations and other uses and applications of the subject invention will become apparent to those skilled in the art after considering this specification and the accompanying drawings. All such changes, modifications, variations, uses, and applications are covered by the scope of this invention which is limited only by the appended claims.

I claim:

1. A method for distributing digital data to a plurality of remote sites each having a processing device and a display device, comprising the steps of:

generating a first set of digital data;

encoding each of a plurality of portable read-only storage devices with said first set of digital data;

distributing said plurality of storage devices to said plurality of remote sites;

providing a database containing a second set of digital data and remotely communicating with said sites using communication channels;

said first set of digital data comprising a first set of displayable data, a plurality of formatting codes, a second set of displayable data, a first non-displayable data, a non-displayable first linkage reference, and a second non-displayable data, said second set of displayable data being highlighted when displayed by said display device, said first non-displayable data being used by said processing device for recognizing said second set of displayable data, said second non-displayable data being used by said processing device for recognizing said first linkage reference, said first linkage reference being used for retrieving a portion of said second set of digital data, and said second set of displayable data being associated with said first linkage reference;

receiving said first linkage references transmitted by at least one of said sites using said communication channels;

searching, by said database, for said portion of said second set of digital data referenced by said first linkage reference when said second set of displayable digital data is selected by a user in said at least one of said sites; and

sending, by said database, said portion to said at least one of said remote sites via said communication channels.

2. The method of claim 1 wherein said first set of digital data is encrypted.

3. The method of claim 1 wherein said storage devices are CDROMs.

4. The method of claim 1 wherein said storage devices are optically encoded storage devices.

5. The method of claim 1 wherein said database contains a third set of digital data, wherein said second set of digital data comprises a second linkage reference associated with said third set of digital data, said method further comprising a step of searching said database in response to said second linkage reference.

6. The method of claim 1 further comprising the step of periodically updating parts of said second set of digital data.

7. The method of claim 1 wherein said second set of displayable data is enclosed between a pair of said first non-displayable data and said first linkage reference is enclosed between a pair of said second non-displayable data.

8. An information distribution system for distributing digital data to be displayed in a plurality of remote sites each having a processing device and a display device, comprising:

a plurality of portable read-only storage devices each encoded with a first set of digital data, said storage devices being distributed to said plurality of remote sites;

a database containing a second set of digital data and remotely communicating with said sites using communication channels;

said first set of digital data comprising a first set of displayable data, a plurality of formatting codes, a second set of displayable data, a first non-displayable data, a non-displayable first linkage reference, and a second non-displayable data, said second set of displayable data being highlighted when displayed by said display device, said first non-displayable data being used by said processing device for recognizing said second set of displayable data, said second non-displayable data being used by said processing device for recognizing said first linkage reference, said first linkage reference being used for retrieving a portion of said second set of digital data, and said second set of displayable data being associated with said first linkage reference;

US 6,314,574 B1

7

said database receiving said first linkage reference delivered by at least one of said remote sites; and

means in said database for searching said portion of said second set of digital data referenced by said first linkage reference and for sending said portion to said at least one remote sites via at least one of said communication channels.

9. The system of claim 8 wherein said storage devices are CDROMs.

10. The system of claim 8 wherein said read-only storage devices are optically encoded storage devices.

11. The system of claim 8 wherein said database contains a third set of digital data, wherein said second set of digital data comprises a second linkage reference associated with said third set of digital data, and wherein said means for searching further searches said database in response to said second linkage reference.

12. The system of claim 8 further comprising means for periodically updating parts of said second set of digital data.

13. The system of claim 8 wherein said second set of displayable data is enclosed between a pair of said first non-displayable data and said first linkage reference is enclosed between a pair of said second non-displayable data.

14. The system of claim 8 wherein said first set of digital data is encrypted.

15. A plurality of portable read-only storage devices distributed to a plurality of remote sites, each of said plurality of remote sites having a processing device and a display device, each of said plurality of remote sites further connected via a bi-directional channel to a database containing a first set of digital data; each of said storage devices comprising a second set of digital data having a plurality of regular displayable items, a plurality of formatting codes, a plurality of special displayable terms, a first non-displayable symbol, a plurality of linkage references, and a second non-displayable symbol, said special displayable terms being highlighted when displayed by said display device, said first non-displayable symbol being used by said processing device for recognizing said displayable terms, said second non-displayable symbol being used by said processing device for recognizing said plurality of linkage references, each of said plurality of linkage references being used for retrieving a portion of said first set of digital data, and each of said plurality of special displayable terms being associated with one of said plurality of linkage references.

16. The storage devices of claim 15 wherein each of said plurality of special displayable terms are enclosed between a pair of said first non-displayable symbol and each of said plurality of linkage references are enclosed between a pair of said second non-displayable symbol.

17. A method for distributing digital data via communication channels to a plurality of remote sites each having a processing device, a nonvolatile memory, and a display device, comprising the steps of:

generating a first set of digital data;

encoding each of a plurality of portable read-only storage devices with said first set of digital data;

distributing said plurality of storage devices to said plurality of remote sites;

providing a database containing a second set of digital data, said database accessible by said plurality of remote sites via said communication channels;

said first set of digital data comprising a set of displayable data and a first linkage reference associated with said set of displayable data, said set of displayable data transferable to said nonvolatile memory and display-

8

able on said display device, said first linkage reference transferable to said nonvolatile memory but not displayable on said display device, said first linkage reference being transmitted to said database via said communication channels when said set of displayable data is selected by a user in at least one of said plurality of sites;

accepting by said database said first linkage reference originated from said at least one of said plurality of sites;

searching, by said database, for a portion of said second set of digital data referenced by said first linkage reference; and

sending, by said database, said portion to said at least one of said plurality of sites via said communication channels.

18. The method of claim 17 wherein said first set of digital data is encrypted.

19. The method of claim 17 wherein said storage devices are CDROMs.

20. The method of claim 17 wherein said storage devices are optically encoded storage devices.

21. The method of claim 17 wherein said database contains a third set of digital data, wherein said second set of digital data comprises a second linkage reference associated with said third set of digital data, said method further comprising a step of searching said database in response to said second linkage reference.

22. The method of claim 17 further comprising the step of periodically updating parts of said second set of digital data.

23. The method of claim 17 wherein said first linkage reference is enclosed between a pair of non-displayable data.

24. An information distribution system for distributing digital data via communication channels to a plurality of remote sites each having a processing device, a nonvolatile memory, and a display device, comprising:

a plurality of portable read-only storage devices each encoded with a first set of digital data, said storage devices being distributed to said plurality of remote sites;

a database containing a second set of digital data and remotely communicating with said sites using said communication channels;

said first set of digital data comprising a set of displayable data and a first linkage reference associated with said set of displayable data, said set of displayable data transferable to said nonvolatile memory and displayable on said display device, said first linkage reference transferable to said nonvolatile memory but not displayable on said display device, said first linkage reference being transmitted to said database via said communication channels when said set of displayable data is selected by a user;

said database receiving said first linkage reference delivered by at least one of said plurality of sites; and

means in said database for searching for a portion of said second set of digital data referenced by said first linkage reference and for sending said portion to said at least one site via said communication channels.

25. The system of claim 24 wherein said storage devices are CDROMs.

26. The system of claim 24 wherein said read-only storage devices are optically encoded storage devices.

27. The method of claim 24 wherein said database contains a third set of digital data, wherein said second set of digital data comprises a second linkage reference associated

with said third set of digital data, said wherein said means for searching further searches said database in response to said second linkage reference.

28. The system of claim **24** further comprising means for periodically updating parts of said second set of digital data.

29. The method of claim **24** wherein said first linkage reference is enclosed between a pair of non-displayable data.

30. The system of claim **24** wherein said first set of digital data is encrypted.

31. A method for distributing a first set of digital data stored in a database to a remote site having a display device, comprising:

providing said remote site with a portable read-only storage device encoded with a second set of digital data;

providing said remote site with a processing device comprising a nonvolatile memory unit for storing at least a portion of said second set of digital data, said portion comprising a first set of displayable data, a second set of displayable data, and a non-displayable linkage reference associated with said second set of displayable data and said first set of digital data; and

receiving, at said remote site and subsequent to both of said providing steps, said first set of digital data, said receiving step comprising:

allowing a user to select said second set of displayable data;

subsequent to said selection, extracting said linkage reference; and

transmitting said extracted linkage reference to said database through a bi-directional channel; and

receiving said first set of digital data from said database through said bi-directional channel.

32. The method of claim **31** wherein said storage devices are CDROMs.

33. The method of claim **31** wherein said storage devices are optically encoded storage devices.

34. The method of claim **31** wherein said second set of digital data further comprises video data.

35. The method of claim **31** wherein said second set of digital data further comprises a computer game.

36. The method of claim **1** wherein said first set of digital data further comprises video data.

37. The method of claim **1** wherein said first set of digital data further comprises a computer game.

38. The method of claim **8** wherein said first set of digital data further comprises video data.

39. The method of claim **8** wherein said first set of digital data further comprises a computer game.

40. The method of claim **15** wherein said first set of digital data further comprises video data.

41. The method of claim **15** wherein said first set of digital data further comprises a computer game.

42. The method of claim **17** wherein said first set of digital data further comprises video data.

43. The method of claim **17** wherein said first set of digital data further comprises a computer game.

44. The method of claim **24** wherein said first set of digital data further comprises video data.

45. The method of claim **24** wherein said first set of digital data further comprises a computer game.

46. A method for distributing a first set of digital data stored in a database to a plurality of remote sites each having a display device and a communication channel, comprising the steps of:

providing each of said plurality of remote sites with a portable read-only storage device encoded with a second set of digital data;

providing each of said plurality of remote sites with a processing device comprising a nonvolatile memory unit for storing at least a portion of said second set of digital data, said portion comprising a first set of displayable data, a second set of displayable data, a first non-displayable data indicating a presence of said second set of displayable data, a non-displayable first linkage reference associated with said second set of displayable data and said first set of digital data; and

receiving, by at least one of said remote sites and subsequent to both said providing steps, said first set of digital data, comprising the steps of:

allowing a user in said at least one of said remote sites to select said second set of displayable data;

extracting said first linkage reference after said user selected said second set of displayable data;

transmitting said extracted first linkage reference to said database through said communication channel; and

receiving said first set of digital data from said database through said communication channel.

47. The method of claim **46** wherein said storage devices are optically encoded storage devices.

48. The method of claim **46** wherein said second set of digital data further comprises video data.

49. The method of claim **46** wherein said second set of digital data further comprises a computer game.

50. The method of claim **46** wherein said database contains a third set of digital data, wherein said first set of digital data comprises a second linkage reference associated with said third set of digital data.

51. The method of claim **46** wherein said portion further comprises a second non-displayable data indicating a presence of said first linkage reference.

* * * * *