# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| DISC LINK CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:06-cv-00295 |
| ) | |
| v. ) | |
| ) | Jury Trial Demanded |
| H&R BLOCK DIGITAL TAX SOLUTIONS ) | |
| LLC F/K/A H&R BLOCK DIGITAL TAX ) | |
| SOLUTIONS, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |
| _____) | Consolidated With: |
| ) | |
| DISC LINK CORPORATION ) | |
| ) | Civil Action No. 5:07-cv-58 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ORACLE CORPORATION, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS H&R BLOCK DIGITAL TAX SOLUTIONS, LLC
and BLOCK FINANCIAL CORPORATION'S
NOTICE OF DISCLOSURE UNDER PATENT RULE 4-2**

Pursuant to Patent Rule 4-2, Defendants H&R BLOCK DIGITAL TAX SOLUTIONS, LLC and BLOCK FINANCIAL CORPORATION hereby file this Notice to inform the Court that the required preliminary construction of claim terms, phrases and clauses and preliminary identification of extrinsic evidence were served as of December 21, 2007.

                                          Respectfully submitted,

                                          /s/ F. Michael Speed, Jr.
                                          Jeffrey S. Standley (Ohio No. 0047248)
                                          F. Michael Speed, Jr. (Ohio No. 0067541)

STANDLEY LAW GROUP LLP
495 Metro Place South, Suite 210
Dublin, OH 43017
614-792-5555
614-792-5536 (Fax)
jstandley@standleyllp.com
mspeed@standleyllp.com

Claude E. Welch (Texas No. 21120500)
115 West Shepherd Avenue
P.O. Box 1574
Lufkin, TX 75902-1574
936-639-3311
936-639-3049 (Fax)
welchlawoffice@consolidated.net

COUNSEL FOR DEFENDANTS H&R BLOCK DIGITAL TAX SOLUTIONS, LLC and BLOCK FINANCIAL CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this pleading was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rules CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by regular mail on this the 24th day of December, 2007.  However, the undersigned attorney is not aware of any counsel that has not consented to electronic service.

  /s/ F. Michael Speed, Jr.
An attorney for Defendants H&R Block Digital Tax Solutions, LLC and Block Financial Corporation